## DeMeo & Associates, LLC
### ATTORNEYS AT LAW

4 Lilac Drive
Syosset, NY 11791

Tel/Fax: (516) 802-4846
E-mail: ccdesq@aol.com
www.demeoandassociates.com

Craig C. DeMeo, Esq.

January 4, 2023

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

Re: Jose Santos, Jr. v. The Hartford Financial Services Group, Inc., et al.
Case Number: 1:22-cv-09350 (LGS)

Dear Honorable Lorna G. Schofield,

My law firm represents the Plaintiff in the above-referenced matter. Yesterday, upon speaking with defense counsel, the matter was able to be resolved in the form of a settlement. The value of the settlement is $25,000.00. Enclosed is an email from defense counsel confirming said amount. Defense counsel is to provide closing papers.

In addition, as per a Court Order filed November 16, 2022, a joint letter and a proposed Civil Case Management Plan and Scheduling Order is to be submitted by noon on January 4, 2023. Unless otherwise directed, said documentation will not be submitted given the settlement of the matter.

Please advise of any issues and/or questions. Thank you.

Very truly yours,

Craig C. DeMeo, Esq.

Enclosure

1/4/23, 9 38 AM          Santos, Jose, Jr. v. Hartford, et. al. ( Y2VAL26225 ) (Encrypted Delivery)

**From:** Anthony.Bianchi@thehartford.com,
**To:** ccdesq@aol.com,
**Subject:** Santos, Jose, Jr v. Hartford, et. al. ( Y2VAL26225 ) (Encrypted Delivery)
**Date:** Tue, Jan 3, 2023 12:29 pm

Hi Craig:

It was a pleasure speaking with you today.

This email will confirm that the above matter is settled for $25,000, inclusive of all expenses and costs.

I will prepare the closing papers for your review and for the respective signatures. Kaitlin indicated that Mr. Santos is on Medicaid and she will send me an escrow letter that I will forward to you with the proposed closing papers.

Any questions or comments, please feel free to contact me at any time.

Regards,

**ANTHONY BIANCHI**
Attorney-at-Law
Law Offices of Terrence Kuhn

Employees of a Subsidiary of The Hartford Financial Services Group, Inc.
PENN 1, One Pennsylvania Plaza, Suite 5003, New York, New York 10119
W 212-553-8737
F 877-369-5797
anthony.bianchi@thehartford.com

*********************************************************************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

*********************************************************************************